Sherwood J. Reese
Sherwood.reese@comcast.net
Luke Moen-Johnson
sherwoodreese@comcast.net
Drew L. Johnson, P.C.
1700 Valley River Drive, Suite 100
Eugene, OR  97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

**JON N.,**

                    Plaintiff,

          vs.

Commissioner of Social Security
Administration,

                    Defendant.

_____

Civil No. 6:25-CV-00561-JR

**ORDER APPROVING
ATTORNEY FEES PURSUANT TO 42
U.S.C. §406(b)**

The Commissioner takes no position on the request for a 406(b) award.  Upon consideration of Plaintiff's petition for attorney fees pursuant to 42 U.S.C. §406(b), and Defendant neither opposing nor supporting the application, Plaintiff's counsel Luke Moen-Johnson is hereby awarded attorney fees under the Social Security Act, 42 U.S.C. §406(b) in the gross of $11,671.00, less Equal Access to Justice ("EAJA") fees received by counsel in the

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -          1

amount of $3,072.45, for an anticipated net §406(b) cost to Plaintiff herein of $8,598.55.  The Commissioner shall deduct from this amount any applicable processing fee prescribed by law and pay Plaintiff's counsel Luke Moen-Johnson the balance from the past-due benefits the agency withheld from Plaintiff in anticipation of an order under 42 U.S.C. §406(b).  After paying Luke Moen-Johnson the net §406(b) award, the Commissioner shall release to Plaintiff any unused balance of past-due benefits that the Commissioner withheld for attorney fees.

IT IS SO ORDERED this 10th day of July, 2026.


/s/ Jolie A. Russo
Jolie A. Russo
U.S. Magistrate Judge


PRESENTED BY:

By:    /s/ SHERWOOD J. REESE
       Sherwood J. Reese, OSB #144130
       Of Attorneys for Plaintiff

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -            2